## J. SVENDSGAARD v. MABEL SVENDSGAARD.[1]

December 1, 1922.

No. 23,105.

**Dissolution of attachment sustained.**

     Upon the showing made the court rightly dissolved a writ of attachment issued upon the ground of a fraudulent disposition of property.

[1]Reported in 190 N. W. 894.

Action in the district court for Hennepin county to recover $3,400. From an order, Montgomery, J., ordering the writ of attachment issued on May 2, 1922, to be vacated, plaintiff appealed. Affirmed.

*J. Svensgaard*, pro se.

*Eriksson & Converse*, for respondent.

DIBELL, J.

The trial court granted defendant's motion to dissolve a writ of attachment issued upon the ground of a fraudulent disposition of property. The plaintiff appeals.

The defendant meets the affidavit for attachment by a direct denial. The plaintiff's showing in opposition does not overcome it as a matter of law; indeed, it would be difficult to sustain an order of the trial court refusing to dissolve. It is unnecessary to discuss the affidavits. Most of the record is matter extraneous to the issue arising on the motion.

Order affirmed.